Michael D. Braun (SBN 167416)
**KUZYK LAW, LLP**
1999 Avenue of the Stars, Ste. 1100
Los Angeles, California 90067
Telephone:  (213) 401-4100
Facsimile:   (213) 401-0311
Email:  mdb@kuzykclassactions.com

*Counsel for Plaintiffs*

TRENTON H. NORRIS (Bar No. 164781)
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone:  (415) 374-2300
Facsimile:   (415) 374-2499
Email:  trent.norris@hoganlovells.com

*Counsel for Defendant The LIV Group, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MEZA-SOLIVEN, MICHAEL BETZAG and LINDA ESOPA on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>THE LIV GROUP, INC. and UNILEVER NORTH AMERICA<br><br>**Defendants.** | **CASE NO.: 3:24-CV-00019-TWR-DDL**<br><br>**CLASS ACTION**<br><br>**CASE MANAGEMENT CONFERENCE REPORT AND JOINT DISCOVERY PLAN**<br><br>Date:        January 10, 2025<br>Time:        2:00 p.m.<br>Courtroom: 3A |

Pursuant to Rule 26(f) of the Rules of Civil Procedure and the Court's Order (Dkt No. 21), Plaintiffs Patricia Meza-Soliven, Michael Betzag, and Linda Esopa ("Plaintiffs") and Defendant The LIV Group, Inc. ("Defendant") (collectively, the "Parties") hereby submit the Parties' Joint Discovery Plan.

### FED. R. CIV.P 26(f) REQUIREMENTS

**1) FRCP 26(f)(3)(A) – Changes to timing, form, or requirement for disclosures under Rule 26(a).**

By Court Order (Dkt. No. 21), Rule 26(a) disclosures are due December 27, 2024. The Parties do not seek a change to this date. The Parties also do not seek changes to the form or requirements for disclosure under Rule 26(a).

**2) FRCP 26(f)(3)(B) the subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.**

**Timing of Discovery.** The Parties agree that discovery should not be bifurcated or phased at this time. This is a consumer class action lawsuit, and the Parties agree that at this time, the Court should set a schedule through class certification. The Parties' agreed-upon schedule is discussed below.

**Plaintiffs**. Plaintiffs will principally seek discovery related to the advertising, labeling, marketing, formulation, sales and revenues associated with Class Products.

**Defendant**. Defendant will seek discovery related to the named Plaintiff's purchases of Liquid I.V—the product at issue. Depending on the facts developed during discovery, Defendant may also seek third-party discovery, including discovery of retailers or of those familiar with Plaintiffs' purchases.

**3) FRCP 26(f)(3)(C) any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;**

Parties have discussed the preservation, discovery and disclosure of electronically stored information. The Parties have read and discussed this Court's

Checklist for Rule 26(f) Meet and Confer Regarding Electronically Stored Information. These discussions included the systems currently used to store relevant information, the potential use of key words, and the format of production. Parties are working cooperatively towards an appropriate and efficient production protocol. The Parties are currently drafting a suitable ESI protocol. Upon agreement, The Parties anticipate filing the ESI protocol with the Court.

4) ***FRCP 26(f)(3)(D) any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order under Rule of Evidence 502***

Parties discussed the general need for a protective order which will, among other things, address potential inadvertent disclosures of privileged information, work product and other matters contemplated by Rule 502 of the Federal Rules of Evidence. Parties are currently drafting a protective order. Upon agreement, Parties anticipate filing it with the Court.

5) ***FRCP 26(f)(3)(E) what changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.***

Parties do not currently anticipate requiring changes to the discovery limitations under the Federal Rules of Civil Procedure at this time but reserve the right to seek any changes should good cause and need arise.

6) ***FRCP 26(f)(3)(F) any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).***

The Parties agree that, at this time, the Court should set a case schedule through class certification. Following a decision on class certification, the parties propose the Court hold a further case management conference to discuss the next phases of the case, if necessary.

The Parties agree that each side should make a preliminary disclosure of the experts they intend to rely on during class certification briefing. The disclosure would include the identity of the expert, the expert's CV, and the general areas of testimony each Party intends to offer in support of their briefing.

To the extent either Party intends to move for summary judgment, the Parties agree that the moving party will confer with the non-moving party to discuss a briefing schedule that, if necessary, provides more time to oppose and file a reply than would otherwise be available under Local Rule 7.1(e)(1)–(3) and the Court's Standing Order for Civil Cases, Section III(B)(2).

The Parties agree on the following schedule and respectfully request that it be entered by the Court.

| EVENT | DATE |
|---|---|
| **Plaintiffs' preliminary disclosure of the identity, CV, and general areas of testimony of experts Plaintiffs intend to rely on in conjunction with Plaintiffs' Class Certification Motion** | 11 months from issuance of Court's Scheduling Order |
| **Plaintiffs' Motion for Class Certification** | 12 months from issuance of Court's Scheduling Order |
| **Defendant's preliminary disclosure of the identity, CV, and general areas of testimony of experts Defendant intends to rely on in conjunction with Defendant's Opposition to Plaintiff's Motion for Class Certification Motion** | 30 days after Plaintiff's motion for class certification |
| **Defendant's Opposition to Plaintiffs' Motion for Class Certification** | 60 days after Plaintiff's motion for class certification |
| **Plaintiffs' Reply in support of Motion for Class Certification** | 45 days after Defendant's opposition to Plaintiff's motion for class certification |

| EVENT | DATE |
|---|---|
| **Hearing on Class Certification** | At the Court's convenience |
| **Case Management Conference** | At the Court's convenience not less than 30 days after a decision on Plaintiff's class certification motion |
| **Summary Judgment Motion** | To the extent either party seeks to move for summary judgment the Parties are to confer in advance on a briefing schedule. |

Parties are aware of the various scheduling orders contemplated by the Local Rules and this this Court's Civil Standing Order, and do not currently anticipate the need for additional orders.


DATED: December 20, 2024          Respectfully submitted,


*/s/ Michael D. Braun*
Michael D. Braun
**KUZYK LAW, LLP**
1999 Avenue of the Stars, Ste. 1100
Los Angeles, California 90067
Telephone:  (213) 401-4100
Facsimile:   (213) 401-0311
Email:  mdb@kuzykclassactions.com


Peter N. Wasylyk (pro hac vice pending)
**LAW OFFICES OF PETER N. WASYLYK**
1307 Chalkstone Avenue
Providence, RI 02908
Telephone:  (401) 831-7730
Facsimile:   (401) 861-6064
Email: pnwlaw@aol.com

*Counsel for Plaintiff*

DATED: December 20, 2024

/s/ Trenton H. Norris_____
Trenton H. Norris
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone:  (415) 374-2300
Facsimile:    (415) 374-2499
Email: trent.norris@hoganlovells.com

*Counsel for Defendant The LIV Group, Inc.*

CASE MANAGEMENT CONFERENCE REPORT &
JOINT DISCOVERY PLAN

## <u>S.D. CAL. LOCAL RULE 5.4 CERTIFICATION</u>

The filer attest that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

DATED: December 20, 2024

*/s/ Trenton H. Norris*_____
Trenton H. Norris
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone:  (415) 374-2300
Facsimile:   (415) 374-2499
Email: trent.norris@hoganlovells.com

*Counsel for Defendant The LIV Group, Inc.*