TRENTON H. NORRIS (Bar No. 164781)
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, California  94111
Telephone:(415) 374-2300
Facsimile:(415) 374-2499
trent.norris@hoganlovells.com

*Attorney for Defendant*
THE LIV GROUP, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MEZA-SOLIVEN, MICHAEL BETZAG, and LINDA ESOPA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE LIV GROUP, INC. and UNILEVER NORTH AMERICA,<br><br>Defendants. | Case No.:  3:24-CV-00019-TWR-DDL<br><br>Action Filed:  January 3, 2024<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Judge Todd W. Robinson |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between the Plaintiffs Patricia Meza-Soliven, Michael Betzag, and Linda Esopa (collectively, "Plaintiffs") and Defendant The LIV Group, Inc. ("Defendant"), by and through undersigned counsel, that the above-entitled action and all claims by Plaintiffs are hereby dismissed, with prejudice and on the merits as to each Plaintiff, with each party bearing their own attorneys' fees, costs, and expenses.

Dated:      April 1, 2025              HOGAN LOVELLS US LLP

                                      By: /s/ Trenton H. Norris
                                          Trenton H. Norris

                                          *Attorney for Defendants*
                                          THE LIV GROUP, INC.

Dated:      April 1, 2025              KUZYK LAW, LLP

                                      By: /s/ Michael D Braun
                                          Michael D. Braun (Bar No. 167416)
                                          2121 Avenue of the Stars, Ste. 800
                                          Los Angeles, California 90067
                                          Telephone: (213) 401-4100
                                          Facsimile: (213) 401-0311
                                          Email: mdb@kuzykclassactions.com

                                          LAW OFFICES OF PETER N.
                                          WASYLYK

                                          Peter N. Wasylyk
                                          1307 Chalkstone Avenue
                                          Providence, RI 02908
                                          Telephone: (401) 831-7730
                                          Facsimile: (401) 861-6064
                                          Email: pnwlaw@aol.com

                                          *Attorneys for Plaintiffs*
                                          PATRICIA MEZA-SOLIVEN,
                                          MICHAEL BETZAG, LINDA ESOPA

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**<u>S.D. CAL. LOCAL RULE 5.4 CERTIFICATION</u>**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated:    April 1, 2025

By:  /s/  Michael D Braun

- 2 -
STIPULATION OF DISMISSAL WITH PREJUDICE
Case No.:  3:24-CV-00019-TWR-DDL