# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MEZA-SOLIVEN, MICHAEL BETZAG, and LINDA ESOPA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE LIV GROUP, INC. and UNILEVER NORTH AMERICA,<br><br>Defendants. | Case No.:  24-CV-19 TWR (DDL)<br><br>**ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>(ECF No. 27) |

Presently before the Court is the Joint Stipulation of Dismissal with Prejudice ("Stip.," ECF No. 27) filed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by Plaintiffs Patricia Meza-Soliven, Michael Betzag, and Linda Esopa and Defendant The LIV Group, Inc.  Good cause appearing, the Court **APPROVES** the Stipulation and **DISMISSES WITH PREJUDICE** all claims brought by Plaintiffs in their individual capacities, with each Party to bear its own attorneys' fees, costs, and expenses.  Because

/ / /

/ / /

/ / /

1

Plaintiffs' claims against Defendant Unilever North America were previously dismissed, (*see* ECF No. 13), the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  April 7, 2025

_____
Honorable Todd W. Robinson
United States District Judge

24-CV-19 TWR (DDL)